U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA  OO-1621 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| KENNETH M ARONCKES AND SANDRA R ARONCKES | WRIT OF EXECUTION |

**SERVE AT** { 

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ORIGINAL NOT SERVED

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BERNSTEIN LAW FIRM, P.C.
LORI A GIBSON, ESQUIRE
SUITE 2200 GULF TOWER
PITTSBURGH, PA 15219

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                          Fold

PLEASE MAKE SERVICE BY (1) DATING RECEIPT, (2) CHECKING BOX FOR "HAVE EXECUTED AS SHOWN IN REMARKS", (3) SIGNING REMARKS BELOW, AND (4) FILING ORIGINAL WRIT OF EXECUTION WITH YOUR FORM 285 RETURN.

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 412-456-8100 | 6-29-05 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | No. 68 | No. 68 | | 6/29/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (complete only different than shown above) | Date | Time | |
|---|---|---|---|
| | 7-12-05 | 1:35 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | | | $8.00 | | |

REMARKS:

ON RECEIPT OF THIS WRIT OF EXECUTION, I HEREBY LEVY ON THE REAL PROPERTY DESCRIBED IN THE REAL PROPERTY DESCRIPTION ATTACHED HERETO.

DEPUTY U.S. MARSHAL

PRIOR EDITIONS MAY BE USED

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff,
         vs.

                                  Civil Action No. 00-1621
                                  Misc. No.

KENNETH M ARONCKES AND
SANDRA R ARONCKES
    Defendants

## WRIT OF EXECUTION

United States of America          )
                                )
                                 )     ss:
Western District of Pennsylvania    )

To the United States Marshal, Western District of Pennsylvania:

       To satisfy Judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

ALL that certain lot or parcel of ground situate in the Township of Hempfield, County of Westmoreland and Commonwealth of Pennsylvania, being more particularly Lot 217 in the Rolling Hills Section 2, Plan of Lots, as the same is recorded in the Recorder's Office in and for Westmoreland County, in Plan Book 26, page 48 and 49.

Having erected thereon a one story brick dwelling with attached garage.
EXCEPTING AND RESERVING hereout and herefrom, all of the coal, mineral and mining rights as the same have heretofore been conveyed and reserved by predecessors in title by instrument of record; subject to the building lines as shown on said recorded plan; also subject to building and use restrictions as set forth in Deed Book 1572, page 126.

BEING the same premises which Robin G. Mynhier and Martha S. Mynhiers, his wife, conveyed by deed dated August 5, 1986, and recorded in Westmoreland County Recorder of Deeds at DBV 2684, Page 428 to Kenneth M. Aronckes and Sandra R. Aronckes, his wife.

Issue Writ of Execution in the above matter:

NLA003287V001
6/27/2005

| | |
|---|---|
| Principal | $49,454.34 |
| Interest to 08/31/99 | $ 5,188.78 |
| Interest at the daily rate from 9/1/99 through 11/6/00, the date of judgment | $ 5,024.16 |
| Interest Credit Subject to Recapture | $24,308.94 |
| Administrative Costs | $   150.00 |
| Total | $84,126.22 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.

CLERK OF COURT

*R.V. Barth, Jr.*

Seal of the Court.
Date: __JUN 27 2005__005

*Susan J. Shaffer*
DEPUTY CLERK

NLA003287V001
6/27/2005