IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

      Plaintiff

vs.                                              Civil Action No. 00-1621
                                                 Misc. No.

KENNETH M ARONCKES and
SANDRA R ARONCKES

      Defendant(s)

## AFFIDAVIT OF LIENHOLDER

Lori A. Gibson, Esquire, deposes and says that she is an Attorney with the Bernstein Law Firm, P.C., Private Counsel to United States of America for the Western District of Pennsylvania and counsel for plaintiff United States of America; herein that a diligent effort has been made to identify all persons having mortgages, judgments, or other liens on the subject premises; and that the following such persons have been mailed notice of the United States Marshal's Sale in the same form as the handbill by regular mail on July 18, 2005 at the following addresses:

      Westmoreland County Tax Claim Bureau
      Courthouse Annex
      2 North Main Street
      Greensburg, PA 15601

      Hempfield Township
      RD 6 Box 500 Woodward Drive
      Greensburg, PA 15601

      Child Support Enforcement Agency
      Courthouse Annex 3rd Floor
      2 North Main Street
      Greensburg, PA 15601

      Hempfield Area School District
      Administrative Office
      RD 6 Box 576
      Greensburg, PA 15601

NLA003305V001

Municipal Authority of Westmoreland County
P.O. Box 730
Greensburg, PA 15601

Hempfield Township Municipal Authority
RD 6 Box 501
Greensburg, PA 15601

I hereby declare, under penalty of perjury, that the foregoing is true and correct.
Executed on August 10, 2005

LORI A. GIBSON, ESQUIRE
Attorney for Plaintiff
PA I D #68013
Bernstein Law Firm, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
Phone: 412-456-8100
Bernstein File No. RP001763

NLA003305V001