U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA 00-1621 MISC. |
| DEFENDANT | TYPE OF PROCESS |
| KENNETH M ARONCKES AND SANDRA R ARONCKES | WRIT OF EXECUTION/NOTICE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
KENNETH M ARONCKES
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5 LENTZ COURT IRWIN, PA 15642

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BERNSTEIN LAW FIRM, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(412) 456-8100

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

SERVE THE ABOVE INDIVIDUAL BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED. IF MAIL IS RETURNED "UNCLAIMED", SERVE PERSONALLY. MUST SERVE BEFORE 7-30-05, WHICH IS 30 DAYS BEFORE DATE OF SALE. WHEN FILING YOUR RETURN ON THIS FORM 285, PLEASE ATTACH EXTRA COPIES OF DOCUMENTS WHICH WE PROVIDE HEREWITH.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 412-456-8100
DATE: 6-29-05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc, shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc, named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 7/27/05   Time: 1625 ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $ 360.00 | $ 49.41 | | $ 409.41 | | |

REMARKS: FORWARD 6-30-05
7/20- Endeavor - large dog tied in yard, attempted svc. from 1600-1800 no
7/21- Endeavor - from 1340-1540 no   7/27- served sub. at Don Johnston Chevrolet
7/25- Endeavor 1 East St. Arona 1700-1900 no   Irwin, PA 1525-
                                                                    6 was no 1725

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
Plaintiff,
vs.

Civil Action No. 00-1621
Misc. No.

KENNETH M ARONCKES AND
SANDRA R ARONCKES
Defendants

**WRIT OF EXECUTION**

United States of America            )
                                    )   ss:
Western District of Pennsylvania    )

To the United States Marshal, Western District of Pennsylvania:

To satisfy Judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

ALL that certain lot or parcel of ground situate in the Township of Hempfield, County of Westmoreland and Commonwealth of Pennsylvania, being more particularly Lot 217 in the Rolling Hills Section 2, Plan of Lots, as the same is recorded in the Recorder's Office in and for Westmoreland County, in Plan Book 26, page 48 and 49.

Having erected thereon a one story brick dwelling with attached garage.
EXCEPTING AND RESERVING hereout and herefrom, all of the coal, mineral and mining rights as the same have heretofore been conveyed and reserved by predecessors in title by instrument of record; subject to the building lines as shown on said recorded plan; also subject to building and use restrictions as set forth in Deed Book 1572, page 126.

BEING the same premises which Robin G. Mynhier and Martha S. Mynhiers, his wife, conveyed by deed dated August 5, 1986, and recorded in Westmoreland County Recorder of Deeds at DBV 2684, Page 428 to Kenneth M. Aronckes and Sandra R. Aronckes, his wife.

Issue Writ of Execution in the above matter:

NLA003287V001
6/27/2005

| | |
|---|---|
| Principal | $49,454.34 |
| Interest to 08/31/99 | $ 5,188.78 |
| Interest at the daily rate from 9/1/99 through 11/6/00, the date of judgment | $ 5,024.16 |
| Interest Credit Subject to Recapture | $24,308.94 |
| Administrative Costs | $   150.00 |
| Total | $84,126.22 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.

CLERK OF COURT

*R.V. Barth, J* (signature)

Seal of the Court
Date: JUN 27 2005

*Susan J. Shaffer* (signature)
DEPUTY CLERK

NLA003287V001
6/27/2005

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff,

vs.
                                    Civil Action No. 00-1621
                                    Misc. No.

KENNETH M ARONCKES AND
SANDRA R ARONCKES

    Defendants

## NOTICE OF MARSHAL'S SALE OF REAL ESTATE

To:    KENNETH M ARONCKES
         5 LENTZ COURT
         IRWIN, PA 15642

      This is to notify you that the real estate owned by Kenneth M Aronckes and Sandra R Aronckes and more fully described below, will be sold at United States Marshal's Sale on **AUGUST 30, 2005 AT 10:00 a.m.** The sale will take place at the **WESTMORELAND COUNTY COURTHOUSE, GREENSBURG, PA.** The property being sold is: 5 Lentz Court, Irwin, PA 15642.

ALL that certain lot or parcel of ground situate in the Township of Hempfield, County of Westmoreland and Commonwealth of Pennsylvania, being more particularly Lot 217 in the Rolling Hills Section 2, Plan of Lots, as the same is recorded in the Recorder's Office in and for Westmoreland County, in Plan Book 26, page 48 and 49.

Having erected thereon a one story brick dwelling with attached garage.
EXCEPTING AND RESERVING hereout and herefrom, all of the coal, mineral and mining rights as the same have heretofore been conveyed and reserved by predecessors in title by instrument of record; subject to the building lines as shown on said recorded plan; also subject to building and use restrictions as set forth in Deed Book 1572, page 126.

BEING the same premises which Robin G. Mynhier and Martha S. Mynhiers, his wife, conveyed by deed dated August 5, 1986, and recorded in Westmoreland County Recorder of Deeds at DBV 2684, Page 428 to Kenneth M. Aronckes and Sandra R. Aronckes, his wife.

      All parties interested and claimants are hereby given notice that a schedule for distribution will be filed by the United States Marshal for the Western District of Pennsylvania not later than 30 (thirty) days

NLA003287V001
6/27/2005

after sale and distribution will be made in accordance with the schedule unless exceptions are filed thereto within ten (10) days thereafter.

Claims against property must be filed at the office of the United States Marshal before above sale date.

Claims to proceeds must be made with the Office of the United States Marshal before distribution.

Attached hereto is a copy of the Writ of Execution. It has been issued because there is a Judgment against you. It may cause your property to be held or taken to pay the Judgment. You may have legal rights to prevent your property from being taken. A lawyer can advise you more specifically of these rights. If you

All parties interested and claimants are hereby given notice that a schedule for distribution will be filed by the United States Marshal for the Western District of Pennsylvania not later than 30 (thirty) days after sale and distribution will be made in accordance with the schedule unless exceptions are filed thereto within ten (10) days thereafter.

Claims against property must be filed at the office of the United States Marshal before above sale date.

Claims to proceeds must be made with the Office of the United States Marshal before distribution.

Attached hereto is a copy of the Writ of Execution. It has been issued because there is a Judgment against you. It may cause your property to be held or taken to pay the Judgment. You may have legal rights to prevent your property from being taken. A lawyer can advise you more specifically of these rights. If you wish to exercise your rights, you must act promptly.

YOU SHOULD TAKE THIS NOTICE AND THE WRIT OF EXECUTION TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL ADVICE.

Lawyer Referral Service
Westmoreland Bar Association
129 North Pennsylvania Avenue
Greensburg, PA 15601
Telephone: 724-834-8490

You may have legal rights to prevent the Marshal's Sale and the loss of your property. In order to exercise those rights, prompt action on your part is necessary. A lawyer may be able to help you.

You may have the right to prevent or delay the Marshal's Sale by filing, before the sale occurs, a Motion to Open or Strike the Judgment or a Petition to Stay the Execution.

NLA003287V001
6/27/2005

If the Judgment was entered because you did not file with the Court a defense or objection you might have had within sixty (60) days after a Notice of Lawsuit and Request for Waiver of Service was sent to you or within twenty (20) days after personal service of the Complaint, you may have a right to have the Judgment opened if you promptly file a Motion with the Court alleging a valid defense and a reasonable excuse for failing to file the defense on time. If the Judgment is opened, the Sale would ordinarily be delayed pending a trial of the issue of whether the Plaintiff has a valid claim entitling it to foreclose upon or sell the real property.

You may also have the right to have the Judgment stricken if there has not been valid service of the Complaint or if the Judgment was entered before sixty (60) days after service of Notice Lawsuit and Request for Waiver of Service of Summons was sent to you or within twenty (20) days after personal service of the Complaint or in certain other events. To exercise this right, you would have to file a Motion to Strike the Judgment.

If Judgment was entered against you by confession, you may not have certain of the rights set forth above, but you still may have the right to move to have the Confessed Judgment opened or stricken on proper grounds.

You may also have the right to Petition the Court to stay or delay the execution and Marshal's Sale if you can show a defect in the Writ of Execution or service or demonstrate any other legal or equitable right.

You may also have the right to have the Marshal's Sale set aside if the property is sold for a grossly inadequate price or if there are defects in the Marshal's Sale. To exercise this right, you should file a Petition with the Court after the sale and before the Marshal has delivered his Deed to the property. The Marshal will deliver the Deed if no Petition to Set Aside the Sale is filed within 10 (ten) days from the date when the Schedule of Distribution is filed in the office of the Marshal.

        Respectfully submitted,
        BERNSTEIN LAW FIRM, P.C.

        By: _____
        Lori A. Gibson, Esquire
        Attorney for Plaintiff
        PA I.D. #68013
        Suite 2200 Gulf Tower
        Pittsburgh, PA 15219
        **DIRECT DIAL: (412) 456-8100**