IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs.                                                  Civil Action No 00-1621
                                                      Misc. No.

KENNETH M ARONCKES and
SANDRA R ARONCKES

    Defendants

## AFFIDAVIT OF SERVICE UPON DEFENDANTS

Lori A. Gibson, Esquire, deposes and says that she is an Attorney with the Bernstein Law Firm, P.C., Private Counsel to United States of America for the Western District of Pennsylvania and counsel for plaintiff, United States of America, herein; and that a copy of the Notice of Sale was sent to the Defendants by Certified Mail on July 18, 2005 which was received by the Defendants on July 20, 2005 and July 27, 2005 as evidenced by copies of the Certified Mail Receipts attached hereto, at the following addresses:

Kenneth M. Aronckes                      Kenneth M Aronckes
Box 5 Aroma                                        5 Lentz Court
Aroma, PA 15617                            Irwin, PA 15617

Sandra R. Aronckes
5 Lentz Court
Irwin, PA 15642

I hereby declare, under penalty of perjury, that the foregoing is true and correct
Executed on  8-17-05

LORI A. GIBSON, ESQUIRE
Attorney for Plaintiff
PA I.D.#68013
Bernstein Law Firm, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
Phone: 412-456-8100
Bernstein File No RP001763

## Certified Mail Receipt 1

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark: PITTSBURGH PA GRANT ST STA, JUL 18 2005, RP0017763

Sent To: KENNETH M ARONCKES
Street, Apt or PO Box: 5 LENTZ COURT
City, State: IRWIN, PA 15642

Article number: 7005 0390 0003 7153 5419

PS Form 3800, June 2002

## Certified Mail Receipt 2

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark: PITTSBURGH PA GRANT ST STA, JUL 18 2005, RP0017763

Sent To: KENNETH M ARONCKES
Street, Apt or PO Box: BOX 5 AROMA
City, State: AROMA, PA 15617

Article number: 7005 0390 0003 7153 5402

PS Form 3800, June 2002

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
KENNETH M ARONCKES
5 LENTZ COURT
IRWIN, PA 15642

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Kenneth M Aronckes — Addressee
B. Received by (Printed Name): Kenneth M Aronckes
C. Date of Delivery: 7-20-05
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 0390 0003 7153 5419

PS Form 3811, February 2004    Domestic Return Receipt    RP0017763    102595-02-M-1540

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
KENNETH M ARONCKES
BOX 5 AROMA
AROMA, PA 15617

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Ken Aronckes — ☒ Addressee
B. Received by (Printed Name): Ken Aronckes
C. Date of Delivery: 7/22/05
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 0390 0003 7153 5402

PS Form 3811, February 2004    Domestic Return Receipt    RP0017763    102595-02-M-1540

