**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA 00-1621 |
| DEFENDANT | TYPE OF PROCESS |
| KENNETH M ARONCKES & SANDRA R ARONCKES | HANDBILL/ATTEND SALE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
WESTMORELAND COUNTY COURTHOUSE   GREENSBURG, PA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BERNSTEIN LAW FIRM, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(412) 456-8100

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE ATTEND MARSHAL"S SALE SCHEDULED FOR AUGUST 30, 2005 AT 10:00 am. THE OPENING BID IS $17,000.00.

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 412-456-8100
DATE: 8-15-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 68 | No. 68 | | 8/15/05 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: 8-30-05   Time: 10:00 [X] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | 38.35 | | $1335 | | |

REMARKS: SOLD TO: ROBERT HELMBERG
ADDRESS 119 STONEHAVEN DRIVE
GREENSBURG PA 15601
PHONE: 724 850-7574

AMOUNT SOLD TO HIGHEST BIDDER $63,500.00
AMOUNT DEPOSITED AS OF THIS DATE $6,350.00

PRIOR EDITIONS MAY BE USED

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment if any amount is owed. Please remit promptly payable to U.S. Marshal.

FORM USM-285
Rev. 12/15/80
Automated 01/00

**MARSHAL'S SALE:** By virtue of a Writ of Execution issued out of the United States Court for the Western District of Pennsylvania and to me directed, I shall expose the following real property to public sale at the Westmoreland County Courthouse, PA hereinafter described property 5 Lentz Court Irwin, PA 15642 being more fully described as follows:

ALL that certain lot or parcel of ground situate in the Township of Hempfield, County of Westmoreland and Commonwealth of Pennsylvania, being more particularly Lot 217 in the Rolling Hills Section 2, Plan of Lots, as the same is recorded in the Recorder's Office in and for Westmoreland County, in Plan Book 26, page 48 and 49.

Having erected thereon a one story brick dwelling with attached garage.
EXCEPTING AND RESERVING hereout and herefrom, all of the coal, mineral and mining rights as the same have heretofore been conveyed and reserved by predecessors in title by instrument of record; subject to the building lines as shown on said recorded plan; also subject to building and use restrictions as set forth in Deed Book 1572, page 126.

BEING the same premises which Robin G. Mynhier and Martha S. Mynhiers, his wife, conveyed by deed dated August 5, 1986, and recorded in Westmoreland County Recorder of Deeds at DBV 2684, Page 428 to Kenneth M. Aronckes and Sandra R. Aronckes, his wife.

**SAID SALE** to be held at the **WESTMORELAND COUNTY COURTHOUSE, GREENSBURG, PA** at **10:00 a.m.** prevailing, standard time, on **AUGUST 30, 2005.**

All those certain tracts of land, together with the buildings, and improvements erected thereon described as Tax Parcel 50-12-14-0-018-00-000 in Westmoreland County, Assessment Office, Pennsylvania. Seized and taken in execution as the property of Kenneth M Aronckes and Sandra R Aronckes, at the suit of the United States of America, acting through the Under Secretary of Rural Development, on behalf of Rural Housing Service, United States Department of Agriculture, to be sold on Writ of Execution as Civil Action Number 00-1621. TERMS OF SALE: Successful bidder will pay ten percent (10%) by certified check or money order and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. On behalf of the U. S. Marshals Service, we are allowing the highest bidder to secure by official bank check or money order the 10% of the highest bid amount within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Purchaser shall furnish Marshal with Grantee information at the sale. Marshal's costs, fees and commissions are to be borne by seller. Thomas M. Fitzgerald, United States Marshal. For additional information visit www.resales.usda.gov or contact Kristen Good at 724-482-4800 ext. 123.

NLA003287V001
6/28/2005