IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs.

KENNETH M ARONCKES AND
SANDRA R ARONCKES

    Defendants

Civil Action No. 00-1621
Misc No.

### PRAECIPE TO ENTER PROOF OF PUBLICATION

To the Clerk of Court:

    Please enter the proofs of publication for the above-captioned case

                                               Lori A. Gibson, Esquire

CAB0008794V001
10/21/2005