# PITTSBURGH Tribune-Review / Tribune-Review Legal Advertising

## Proof of Publication of Notice in The Tribune-Review
Under Act No. 587, Approved May 16, 1929

**Commonwealth of Pennsylvania**
**County of Westmoreland  } SS:**

LORI SCANLON, Classified Call Center Manager of the Tribune-Review Publishing Company, a corporation of the Commonwealth of Pennsylvania with places of business in Greensburg, Westmoreland County, Pennsylvania and Pittsburgh, Allegheny County, Pennsylvania, being duly sworn, deposes and says that the Tribune-Review is a daily newspaper circulated in Southwestern Pennsylvania. Said corporation was established in the year 1924. A copy of the printed notice of publication is attached hereto exactly as the same was printed and published in the regular editions of the said daily newspaper on the following dates, viz: LEGAL 2650512, RE: MARSHAL SALE-CIVIL ACTION NO. 00-1621; 1ST, 8TH, 15TH, AND THE 22ND DAY OF AUGUST, 2005.

Affiant further deposes that s/he is an officer duly Authorized by the Tribune-Review Publishing Company, publisher of The Tribune-Review, to verify the foregoing statement under oath and also declares that affiant is not interested in the subject matter of the aforesaid notice of publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

_____
Classified Call Center Manager,
Tribune Review Publishing Company

Sworn to and subscribed before me this
22ND day of AUGUST, 2005.

_____
Notary Public

> COMMONWEALTH OF PENNSYLVANIA
> Notarial Seal
> June Bambery, Notary Public
> City Of Greensburg, Westmoreland County
> My Commission Expires June 14, 2009
> Member, Pennsylvania Association of Notaries

### Statement of Advertising Costs

CHERYL BAUER, LEGAL AST.
BERNSTEIN LAW FIRM, P.C.
SUITE 2200 GULF TOWER
PITTSBURGH, PA 15219

To Tribune-Review Publishing Company, Dr.
For Publishing the notice or advertisement attached
hereto on the above stated dates         $1,500.88
Probating Same                           $    0
Total                                    $ 1,500.88

### Publisher's Receipt

The Tribune-Review Publishing Company, ... a daily newspaper, hereby acknowledges a receipt of the ... and certifies the same have been fully paid.

Tribune-Review Publishing Company, Publisher
of The Tribune-Review, a Daily Newspaper

By _____

---

MARSHAL'S SALE: By virtue of a Writ of Execution issued out of the United States Court for the Western District of Pennsylvania and to me directed, I shall expose to public sale at the Westmoreland County Courthouse, PA. hereinafter described property located at 5 Lentz Court Irwin PA 15642 being more fully described as follows: ALL that certain lot situate in the Township of Hempfield, being Lot 217 in the Rolling Hills Section 2, Plan of Lots, recorded in Plan Book 26, page 48 and 49. Having erected thereon a one story brick dwelling with attached garage. Deed Book 2684, Page 428. SAID SALE to be held at the WESTMORELAND COUNTY COURTHOUSE, GREENSBURG, PA at 10:00 a.m. prevailing standard time, on AUGUST 30, 2005. All those certain tracts of land, together with the buildings and improvements erected thereon described as Tax Parcel 50-12-14-0-018-00-000 in Westmoreland County, Assessment Office, Pennsylvania. Seized and taken in execution as the property of Kenneth M Aronckes and Sandra R Aronckes, at the suit of the United States of America, acting through the Under Secretary of Rural Development, on behalf of Rural Housing Service, United States Department of Agriculture, to be sold on Writ of Execution as Civil Action Number 00-1621. TERMS OF SALE: Successful bidder will pay ten percent (10%) by certified check or money order and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. On behalf of the U.S. Marshals Service, we are allowing the highest bidder to secure by official bank check or money order the 10% of the highest bid amount within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Purchaser shall furnish Marshal with Grantee information at the sale.

## PROOF OF PUBLICATION OF NOTICE IN WESTMORELAND LAW JOURNAL
(Under Act No. 587 Approved May 16, 1929)

STATE OF PENNSYLVANIA  } SS
COUNTY OF WESTMORELAND

The undersigned Managing Editor of the WESTMORELAND LAW JOURNAL of the County and State Aforesaid, being duly sworn, deposes and says that the WESTMORELAND LAW JOURNAL, a legal periodical published in the City of Greensburg, County and State aforesaid, was established in 1911 and designated the Legal Periodical by the Court of Common Pleas for Westmoreland County on August 24, 1918, at 688 August Term, 1918, and by the Orphans' Court of Westmoreland County, on 22nd day of June, 1943 at No. 85 May Term, 1943, since which dates the WESTMORELAND LAW JOURNAL has been regularly issued in said County, and that the printed notice or publication attached hereto is exactly the same as was printed and published in the regular editions and issues of the said WESTMORELAND LAW JOURNAL on the following dates, viz:

**5-12-19-26 August, 2005**

Affiant further deposes and says that she is the Managing Editor of the WESTMORELAND LAW JOURNAL, a legal periodical of general circulation, and as such authorized to verify the foregoing statement under oath, and that neither the affiant nor the WESTMORELAND LAW JOURNAL is interested in the subject matter of the aforesaid notice of advertisement, and that all allegations in the foregoing statement as to time, place and character of publication are true.

### MARSHAL'S SALE

By virtue of a Writ of Execution issued out of the United States Court for the Western District of Pennsylvania and to me directed, I shall expose to public sale at the Westmoreland County Courthouse, PA hereinafter described property located at 5 Lentz Court Irwin, PA 15642 being more fully described as follows:

ALL that certain lot situate in the Township of Hempfield, being Lot 217 in the Rolling Hills Section 2, Plan of Lots, recorded in Plan Book 26, page 48 and 49. Having erected thereon a one story brick dwelling with attached garage Deed Book 2684, Page 428.

SAID SALE to be held at the **WESTMORELAND COUNTY COURTHOUSE, GREENSBURG, PA** at 10:00 a.m. prevailing, standard time, on **AUGUST 30, 2005.**

All those certain tracts of land, together with the buildings, and improvements erected thereon described as Tax Parcel 50-12-14-0-018-00-000 in Westmoreland County, Assessment Office, Pennsylvania. Seized and taken in execution as the property of Kenneth M. Aronckes and Sandra R. Aronckes, at the suit of the United States of America, acting through the Under Secretary of Rural Development, on behalf of Rural Housing Service, United States Department of Agriculture, to be sold on Writ of Execution as Civil Action Number 00-1621 TERMS OF SALE: Successful bidder will pay ten percent (10%) by certified check or money order and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. On behalf of the U.S. Marshals Service, we are allowing the highest bidder to secure by official bank check or money order the 10% of the highest bid amount within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Purchaser shall furnish Marshal with Grantee information at the sale. Marshal's costs, fees and commissions are to be borne by seller. Thomas M. Fitzgerald, United States Marshal. For additional information visit www.resales.usda.gov or contact Kristen Good at 724-482-4800 ext. 123

5/12/19/26 Aug

_Susan Czellner_ (signature)

Sworn to and subscribed before me this

__26th__ day of __August__, 20 __05__

_Diane Krivoniak_ (signature)
Notary Public

Notarial Seal
Diane Krivoniak, Notary Public
City of Greensburg, Westmoreland County
My Commission Expires Nov. 15 2005

Member Pennsylvania Association of Notaries

### STATEMENT OF ADVERTISING COSTS TO WESTMORELAND LAW JOURNAL, Dr.

For publishing the notice or publication attached hereto on the above stated dates... $ __533.00__

Publisher's Receipt for Advertising Costs:

The WESTMORELAND LAW JOURNAL, a legal periodical, hereby acknowledges receipt of the aforesaid notice and publication costs and certifies that the same have been duly paid

WESTMORELAND LAW JOURNAL

By _Czellner_ (signature)

(The Westmoreland Law Journal is owned and published by the Westmoreland Bar Association.)